UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA MCMAHON, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUESDAY MORNING, INC., a Texas corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-05547 (EMC)<br><br>(Removed from Contra Costa Superior Court Case No. C-14-02113)<br><br>**[PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE** |

PURSUANT TO THE PARTIES' JOINT STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Case Management Conference scheduled for March 26, 2015 at 9:30 a.m. is continued to April 2, 2015 at 9:30 a.m., and the parties' Joint Case Management Statement will be submitted by March 26, 2015.

Dated: 2/2/15

IT IS SO ORDERED

Judge Edward M. Chen

[PROPOSED] ORDER TO RESCHEDULE CMC    1    CASE NO. 3:14-CV-05547 (EMC)