1  GARY D. FRIEDMAN (*Admitted Pro Hac Vice*)
   gary.friedman@weil.com
2  DANIEL J. VENDITTI (*Admitted Pro Hac Vice*)
   daniel.venditti@weil.com
3  WEIL, GOTSHAL & MANGES, LLP
  767 Fifth Avenue
4  New York, NY  10153
  Telephone:   (212) 310-8000
5  Facsimile:   (212) 310-8007

6  CHRISTOPHER J. COX (Bar No. 151650)
   chris.cox@weil.com
7  WEIL, GOTSHAL & MANGES, LLP
  201 Redwood Shores Parkway
8  Redwood Shores, CA 94065
  Telephone: (650) 802-3029
9  Facsimile:  (650) 802-3100

10  Attorneys for Defendant
  TUESDAY MORNING, INC.

11

12  UNITED STATES DISTRICT COURT

13  NORTHERN DISTRICT OF CALIFORNIA

14  SAN FRANCISCO DIVISION

15

16  CYNTHIA MCMAHON, on behalf of
  herself, all others similarly situated,

17

       Plaintiff,

18

     v.

19

20  TUESDAY MORNING, INC., a Texas
  corporation; and DOES 1-50, inclusive,

21

      Defendants.

| | |
|---|---|
| | CASE NO. 3:14-cv-05547 (EMC) |
| | (Removed from Contra Costa Superior Court Case No. C-14-02113) |
| | **STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE AND HEARING DATE OF PLAINTIFF'S MOTION TO AMEND PURSUANT TO LOCAL RULE 6-2** |
| | Judge:   Hon. Edward M. Chen |

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE AND
HEARING DATE OF PLAINTIFF'S MOTION        CASE NO. 3:14-CV-05547 (EMC)

1    Defendant Tuesday Morning, Inc. ("Defendant") and Plaintiff Cynthia McMahon

2  ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record,

3  hereby stipulate as follows:

4    WHEREAS, on July 20, 2015, Plaintiff filed her Notice of Motion and Motion for Leave

5  to File First Amended Complaint (ECF No. 34) ("Motion"), which Motion Plaintiff noticed to be

6  heard on August 27, 2015;

7    WHEREAS, due to previously scheduled conflicts, including long planned vacation —of

8  which counsel for Defendant advised Plaintiff's counsel in advance of the filing of Plaintiff's

9  Motion—Defendant is not available for Plaintiff's Motion to be heard on August 27, 2015;

10    WHEREAS, due to these scheduling conflicts, Defendant has requested to continue the

11  hearing date on Plaintiff's Motion to October 1, 2015 at 1:30 p.m.;

12    WHEREAS, Plaintiff has consented to Defendant's request to continue the hearing date

13  on Plaintiff's Motion to October 1, 2015 at 1:30 p.m.;

14    WHEREAS, pursuant to Northern District Civil Local Rule 7-3, Defendant's opposition

15  to Plaintiff's Motion is currently due on August 3, 2015 and Plaintiff's reply is due on August

16  10, 2015;

17    WHEREAS, Defendant has requested to extend its deadline to file its opposition to

18  Plaintiff's Motion to August 28, 2015 and Plaintiff's reply deadline to September 11, 2015;

19    WHEREAS, Plaintiff has agreed to extend the deadline for Defendant to file its

20  opposition to Plaintiff's Motion to August, 28, 2015 and Plaintiff's reply to September 11, 2015;

21    WHEREAS, in sum, the Parties have agreed to the following revised briefing and hearing

22  schedule on Plaintiff's Motion:

23    • Due date for Defendant's Opposition: August 28, 2015

24    • Due date for Plaintiff's Reply: September 11, 2015

25    • Hearing on Plaintiff's Motion: October 1, 2015 at 1:30 p.m.

26    WHEREAS, the parties have not previously requested to modify the briefing schedule or

27  hearing date on Plaintiff's Motion;

28

STIPULATION AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE AND
HEARING DATE OF PLAINTIFF'S MOTION      1                    CASE NO. 3:14-CV-05547 (EMC)

1        NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,

2    through their respective counsel and subject to the Court's approval, that (1) Defendant's

3    deadline to file its opposition to Plaintiff's Motion shall be August 28, 2015; (2) Plaintiff's

4    deadline to file her reply shall be September 11, 2015; and (3) the hearing date on Plaintiff's

5    Motion be continued from August 27, 2015 at 1:30 p.m. to October 1, 2015 at 1:30 p.m.

6        **IT IS SO STIPULATED.**

7                                          Respectfully submitted,

8

9    DATED:  July 30, 2015                 WEIL, GOTSHAL & MANGES LLP

10

                                          By:      */s/  Gary D. Friedman*
11                                             Gary D. Friedman (*Admitted Pro Hac Vice)*
                                               Attorneys for Defendant
12                                             TUESDAY MORNING, INC.

13   DATED:  July 30, 2015                 SETAREH LAW GROUP

14

15                                         By:      */s/  Shaun Setareh*
                                               Shaun Setareh
16                                             Attorneys for Plaintiff
                                               CYNTHIA MCMAHON

17

18        Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of

19   this document has been obtained from each of the above signatories.

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER
     TO MODIFY BRIEFING SCHEDULE AND
     HEARING DATE OF PLAINTIFF'S MOTION      2            CASE NO. 3:14-CV-05547 (EMC)

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    DATED:    August 3, 2015          By: _____

4                                      The Honorable

                                       Unite

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER
     TO MODIFY BRIEFING SCHEDULE AND
     HEARING DATE OF PLAINTIFF'S MOTION        3          CASE NO. 3:14-CV-05547 (EMC)

