UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA MCMAHON, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUESDAY MORNING, INC., a Texas corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-05547 (EMC)<br><br>(Removed from Contra Costa Superior Court Case No. C-14-02113)<br><br>[PROPOSED] ORDER TO ADJOURN DEADLINE TO COMPLETE MEDIATION PURSUANT TO ADR LOCAL RULE 3-5 AND TO ADJOURN CASE MANAGEMENT CONFERENCE DATE |

PURSUANT TO THE PARTIES' JOINT STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY SO ORDERED that the deadline by which the parties are to complete mediation pursuant to ADR Local Rule 3-5 is adjourned to March 3, 2016, the Case Management Conference is adjourned from January 14, 2016 at 10:30 a.m. to April 7, 2016 at 10:30 a.m., and that the dates in the Court's May 1, 2015 case management scheduling order (ECF No. 32) subsequent to the January 14, 2016 Case Management Conference, setting forth dates to complete pre-class certification motion discovery, including production of expert reports and the taking of expert depositions, and briefing and the hearing on Plaintiff's class certification

---

[PROPOSED] ORDER RE JOINT STIPULATION TO
ADJOURN DEADLINE TO COMPLETE MEDIATION AND
TO ADJOURN CMC DATE

CASE NO. 3:14-CV-05547 (EMC)

1  motion, be adjourned without date pending the April 7, 2016 Case Management Conference, at
2  which time those dates will be set, if necessary. Parties shall be prepared to
3  move expeditiously to complete discovery and litigate class certification if case is not settled before the next CMC.

4  Dated: 11/16/15

_____
Honorable Edward M. Chen
United States District Judge

[PROPOSED] ORDER RE JOINT STIPULATION TO
ADJOURN DEADLINE TO COMPLETE MEDIATION AND
TO ADJOURN CMC DATE

CASE NO. 3:14-CV-05547 (EMC)