GARY D. FRIEDMAN (*Admitted Pro Hac Vice*),
gary.friedman@weil.com
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Telephone: +1 212 310 8000
Facsimile: +1 212 310 8007

Attorneys for Defendant
TUESDAY MORNING, INC.

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA MCMAHON, on behalf of herself, all others similarly situated,<br>    Plaintiff,<br>     v.<br>TUESDAY MORNING, INC., a Texas corporation; and DOES 1-50, inclusive,<br>    Defendants. | CASE NO. 3:14-cv-05547 (EMC)<br><br>(Removed from Contra Costa Superior Court Case No. C-14-02113)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO THE APRIL 7, 2016 CASE MANAGEMENT CONFERENCE AND THE APRIL 8, 2016 CIVIL MINUTES** |

In accordance with the Court's instructions at the April 7, 2016 Case Management Conference ("April 7 CMC") and its Civil Minutes Order, dated April 8, 2016 ("April 8 Civil Minutes"), Plaintiff Cynthia McMahon ("Plaintiff") and Defendant Tuesday Morning, Inc. ("Tuesday Morning" or "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, submit this JOINT STIPULATION:

Following the April 7 CMC, Defendant took Plaintiff's deposition on April 11, 2016. Notwithstanding Defendant's position that Plaintiff has established no basis to request any names or contact information for members of the putative class, pursuant to the Court's direction at the April 7 CMC and its April 8 Civil Minutes, the Parties met and conferred extensively regarding the possible production—pursuant to the *Belaire-West* opt-out process—of a subset of names and

JOINT STIPULATION & [PROPOSED] ORDER PURSUANT TO
THE APRIL 7, 2016 CASE MANAGEMENT CONFERENCE AND
THE APRIL 8, 2016 CIVIL MINUTES

1

CASE NO. 14-CV-05547-EMC

1  contact information for members of the putative class. The Parties further met and conferred
2  regarding a proposed class certification briefing schedule.

3      As the Parties indicated at the April 7 CMC, the Parties made progress towards resolving
4  this case during a full-day mediation session with Jeffrey A. Ross on March 3, 2016. While the
5  case did not settle at mediation, the Parties have continued those discussions over the last several
6  weeks. With the Court's encouragement at the April 7 CMC and in its April 8, 2016 Civil
7  Minutes, the Parties have continued their post-mediation discussions over the past week, both
8  directly and through the auspices of Mediator Ross. At this time, the Parties believe it is in their
9  mutual best interests to devote themselves and their resources over the next thirty (30) days—
10 through and including May 13, 2016—to determine if they can resolve this case without
11 incurring additional litigation costs and without imposing on the Court's time. The Parties also
12 believe that during this thirty (30) day period, it would be beneficial for discovery to be stayed
13 and to avoid discovery motion practice so that they may focus on attempting resolution of the
14 case.

15     If the Parties are unable to report to the Court by May 13, 2016 that they have reached an
16 agreement in principle, the Parties intend to submit by May 20, 2016, consistent with the Court's
17 April 8 Civil Minutes, a joint letter addressing the putative class list issue and proposing a
18 schedule through class certification briefing for the Court to consider.

19
20 Dated: April 14, 2016

21                                      SETAREH LAW GROUP

22
23                    By:   */s/ Shaun Setareh*
                               SHAUN SETAREH

24
25                                SHAUN SETAREH SB# 204514
                               E-Mail: shaun@setarehlaw.com
                               THOMAS SEGAL SB # 222791
26                                E-mail: thomas@setarehlaw.com
                               SETAREH LAW GROUP
27                                9454 Wilshire Blvd. Suite 711

28

JOINT STIPULATION & [PROPOSED] ORDER PURSUANT TO
THE APRIL 7, 2016 CASE MANAGEMENT CONFERENCE AND       2      CASE NO. 14-CV-05547-EMC
THE APRIL 8, 2016 CIVIL MINUTES

|   |   |
|---|---|
| 1 | Beverly Hills, California 90212 |
| 2 | Telephone:   310-888-7771 |
|   | Facsimile:    310-888-0109 |

Attorneys for Plaintiff
CYNTHIA MCMAHON

Dated: April 14, 2016

WEIL, GOTSHAL & MANGES LLP

By:  */s/ Gary D. Friedman*
GARY D. FRIEDMAN
Attorneys for Defendant
TUESDAY MORNING, INC.

CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@weil.com
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:     (650) 802-3029
Facsimile:      (650) 802-3100

Attorneys for Defendant
TUESDAY MORNING, INC.

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.


  */s/ Gary D. Friedman*
GARY D. FRIEDMAN

CASE MANAGEMENT ORDER

The above **JOINT STIPULATION PURSUANT TO THE APRIL 7, 2016 CASE MANAGEMENT CONFERENCE AND THE APRIL 8, 2016 CIVIL MINUTES** is approved and all Parties shall comply with its provisions.

[~~In addition, the Court makes the further orders stated below~~:]

 Further CMC is set for June 9, 2016 at 10:30 a.m.  An updated joint CMC statement shall be filed by June 2, 2016.

IT IS SO ORDERED.

Dated: _____April 19, 2016_____

_____
Edward M. Chen
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen