UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA MCMAHON, on behalf of herself, all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TUESDAY MORNING, INC., a Texas corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:14-cv-05547 (EMC)<br><br>(Removed from Contra Costa Superior Court Case No. C-14-02113)<br><br>[~~PROPOSED~~] **ORDER TO ADJOURN CASE MANAGEMENT CONFERENCE** |

　　　　PURSUANT TO THE PARTIES' NOTICE OF SETTLEMENT, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY SO ORDERED that the Case Management Conference is adjourned from June 9, 2016, at 10:30 a.m. to September 15, 2016, at 10:30 a.m., and a joint Case Management Conference statement shall be filed by September 8, 2016.

Dated: May 12, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Edward M. Chen
　　　　　　　　　　　　　　　　　　　　United States District Judge