GARY D. FRIEDMAN (*Admitted Pro Hac Vice*)
  gary.friedman@weil.com
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

CHRISTOPHER J. COX (Bar No. 151650)
  chris.cox@weil.com
WEIL, GOTSHAL & MANGES, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3029
Facsimile:  (650) 802-3100

Attorneys for Defendant
TUESDAY MORNING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYNTHIA MCMAHON, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TUESDAY MORNING, INC., a Texas corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-05547 (EMC)<br><br>(Removed from Contra Costa Superior Court Case No. C-14-02113)<br><br>**STIPULATION AND [P~~ROPOS~~ED] ORDER TO MODIFY BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 6-2**<br><br>Judge:   Hon. Edward M. Chen |

1    Defendant Tuesday Morning, Inc. ("Defendant") and Plaintiff Cynthia McMahon
2 ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel of record,
3 hereby stipulate as follows:
4    WHEREAS, on December 1, 2016 Plaintiff filed her Notice of Motion and Motion for
5 Preliminary Approval of Class Action Settlement (ECF No. 63) ("Motion"), which Motion
6 Plaintiff noticed to be heard before this Court on February 2, 2017 in accordance with this
7 Court's rules and Scheduling Notes;
8    WHEREAS, on December 7, 2016, this Court issued an Order re Supplemental Briefing
9 (ECF No. 66) ("Order"), requesting that the Parties address a number of issues in respect of
10 Plaintiff's Motion, and that the Parties submit one joint supplemental brief addressing the issues
11 raised by the Court;
12    WHEREAS, the Order directed the Parties to submit their joint supplemental brief by
13 December 14, 2016, which is one week from the date of the Order;
14    WHEREAS, due to 1) previously scheduled work conflicts during the next week—
15 including Plaintiff's counsel's out of town court hearings on December 9, 2016 and December
16 12, 2016 and Defendant's counsel's multiple witness deposition preparations in another matter,
17 2) the previously scheduled vacation of the associate from Defendant's firm who has been
18 working on this matter since the outset, 3) the need for the Parties to meet and confer over many
19 of the issues in the Order, and 4) the need for counsel for the Parties to confer with their
20 respective clients on the subjects raised in the Order, the Parties jointly request to extend their
21 deadline to file the supplemental brief by one week, to and including December 21, 2016;
22    WHEREAS, the Parties are not seeking to modify the February 2, 2017 date for which
23 Plaintiff noticed her Motion to be heard;
24    WHEREAS, in sum, the Parties have agreed to the following revised briefing schedule:
25    • Due date for the Parties' joint supplemental brief shall be December 21, 2016
26    WHEREAS, the Parties have not previously requested an extension of this deadline;
27
28

STIPULATION AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE            1            CASE NO. 3:14-CV-05547 (EMC)

1    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that the Parties' deadline to file their joint supplemental brief pursuant to the Order shall be December 21, 2016.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: December 8, 2016                 WEIL, GOTSHAL & MANGES LLP

By: _____/s/ Gary D. Friedman_____
Gary D. Friedman (*Admitted Pro Hac Vice*)
Attorneys for Defendant
TUESDAY MORNING, INC.

DATED: December 8, 2016                 SETAREH LAW GROUP

By: _____/s/ Shaun Setareh_____
Shaun Setareh
Attorneys for Plaintiff
CYNTHIA MCMAHON

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

STIPULATION AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE
                        2                    CASE NO. 3:14-CV-05547 (EMC)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   12/9/2016        By:   _____

The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER
TO MODIFY BRIEFING SCHEDULE

3                                       CASE NO. 3:14-CV-05547 (EMC)